United States District Court
Southern District of Texas
**ENTERED**
February 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HELIX ENERGY SOLUTIONS GROUP, INC., *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-520 |
| | § § | |
| STARR INDEMNITY AND LIABILITY COMPANY, | § § § § | |
| Defendant. | § | |

### ODER GRANTING DEFENDANT STARR INDEMNITY & LIABILITY COMPANY'S MOTION TO STAY

The Court, having considered the defendant, Starr Indemnity & Liability Company's motion to stay, (Dkt. No. 18), is of the opinion that the motion is well taken, and should be and is **GRANTED**.

It is, therefore, **ORDERED** that proceedings in this Court shall be stayed until the Underlying Lawsuit is resolved on appeal.

It is so **ORDERED**.

SIGNED on this 23rd day of February, 2016.

_____
Kenneth M. Hoyt
United States District Judge