UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HELIX ENERGY SOLUTIONS GROUP, INC., *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-520 |
| | § | |
| STARR INDEMNITY AND LIABILITY COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the plaintiffs' motion to reconsider and to lift the stay (Dkt. No. 20). The Court, having considered the motion, response in opposition, the arguments and authorities presented, finds that the plaintiffs' motion should be denied.

It is, therefore, **ORDERED** that the motion to reconsider and to lift the stay is **DENIED**, and that the stay of proceedings ordered by this Court on February 23, 2016, shall remain in effect.

SIGNED on this 8th day of April, 2016.

_____
Kenneth M. Hoyt
United States District Judge